No. 90–330.  WILCOX v. TERRYTOWN FIFTH DISTRICT VOLUNTEER FIRE DEPARTMENT, INC.  C. A. 5th Cir.  Certiorari denied.

No. 90–331.  CORINTH PIPEWORKS S. A. v. GULF CONSOLIDATED SERVICES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 90–359.  ANTHONY v. CITY OF CHICAGO.  Sup. Ct. Ill.  Certiorari denied.

No. 90–362.  SMITH v. UNITED STATES AIR FORCE.  C. A. 2d Cir.  Certiorari denied.

No. 90–371.  MORALES v. KANSAS STATE UNIVERSITY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–378.  JACKSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–386.  KEITH v. RICE, SECRETARY OF THE AIR FORCE.  C. A. 4th Cir.  Certiorari denied.

No. 90–390.  BUTLER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–397.  GREEN v. FOLEY.  C. A. 4th Cir.  Certiorari denied.

No. 90–398.  HELMS ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–406.  WRENN v. DROSKE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–412.  EDGAR v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–415.  ST. CHARLES ASSOCIATES v. LUJAN, SECRETARY OF THE INTERIOR.  C. A. 4th Cir.  Certiorari denied.

No. 90–418.  GOLLNER v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.